UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

CASE NO. 1:06 CV0016

JUDGE: Quist

BRET THIELEN, individually and on behalf
of a class of similarly situated individuals,

      Plaintiff,

v.

BUONGIORNO USA, INC., a Florida Corporation,
d/b/a BLINKO,

      Defendant.

_____ /

**DEFENDANT'S NOTICE OF SERVICE OF RESPONSE AND OBJECTIONS TO
PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant, BUONGIORNO USA, INC., gives notice of service of its Response and

Objections to Plaintiff's First Request for Production of Documents to Plaintiff on August 11,

2006 by U.S. mail.

      Dated: August 11, 2006.

s/ _____          Thomas Blackwell, Esq.
Rhett Traband, P.A.               Local Counsel
BROAD AND CASSEL                  SMITH HAUGHEY RICE ROEGGE LLC
2 South Biscayne Boulevard        250 Monroe Ave. N.W., Suite 200
21st Floor                        Grand Rapids, MI  49503
Miami, FL  33131                  Tel: (616) 458-8426
Tel:  (305) 373-9476              Fax: (616) 774-2461
Fax:  (305)995-6391               tblackwell@shrr.com
rtraband@broadandcassel.com

MIA1\COMMLIT\353595.1
35187/0002

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400