UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRET THIELEN, individually and on
behalf of a class of similarly situated
individuals,

        Plaintiff,

v.

BUONGIORNO USA, INC., a Florida
Corporation, d/b/a BLINKO,

        Defendant.
_____/

CASE NO. 1:06-CV-16

HON. ROBERT J. JONKER

## ORDER

Before the Court are Defendants' unopposed Motion to Dismiss Counterclaim with Prejudice (Dkt. No. 47), and the parties' Stipulation and Order to Dismiss with Full Prejudice and Without Costs "all of the claims which plaintiff made or could have made." (Dkt. No. 97).

The Court having reviewed Defendants' Motion to Dismiss under FED. R. CIV. P. 41(a)(2) and Plaintiff's Response stating that Plaintiff does not object to Defendants' Motion to Dismiss (Dkt. No. 60 at 2), it is **ORDERED** that Defendants' Motion to Dismiss Counterclaim is **GRANTED** and Defendant's counterclaim is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** under FED. R. CIV. P. 41(a)(2), based on the stipulation of the parties, that this case, and all of the claims which Plaintiff made or could have made in this case, are **DISMISSED** with full prejudice to all parties and without costs to any party.

Dated:  September 6, 2007          /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        UNITED STATES DISTRICT JUDGE